AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:25-cv-01948-ECT-JFD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HON ~~BRYSON~~ EDWARDS
was received by me on *(date)* 5-2-25.

☐ I personally served the summons on the individual at *(place)* HASTINGS DAKOTA COURTHOUSE CLERK OF COURT on *(date)* 5-2-25; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* CLERK OF COURT, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* 5-2-25; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ 25 for travel and $ 25 for services, for a total of $ 50.

I declare under penalty of perjury that this information is true.

Date: 5-2-25

*Server's signature*

Courtney McDowall
*Printed name and title*

20470 Kensfield Trail, Lakeville
*Server's address*

Additional information regarding attempted service, etc:

SCANNED MAY -7 2025 U.S. DISTRICT COURT MPLS

RECEIVED MAY 0 6 2025 CLERK, U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

Civil Action No. 0:25–cv–01948–ECT–JFD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HON DAVID LUTZ
was received by me on *(date)* 5-2-25.

☐ I personally served the summons on the individual at *(place)* HASTINGS DAKOTA COURTHOUSE CLERK OF COURT on *(date)* 5-2-25; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* CLERK OF COURT, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* 5-2-25; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 25 for travel and $ 25 for services, for a total of $ 50.

I declare under penalty of perjury that this information is true.

Date: 5-2-25

_____
Server's signature

Courtney McDowall
Printed name and title

20470 Kensfield Trail, Lakeville
Server's address

Additional information regarding attempted service, etc:

RECEIVED
MAY 0 6 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:25−cv−01948−ECT−JFD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SHARON JONES
was received by me on *(date)* 5-2-25.

☐ I personally served the summons on the individual at *(place)* LEGAL ASSISTANCE OF DAKOTA CC
_____ on *(date)* 5-2-25; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 25 for travel and $ 25 for services, for a total of $ 50.

I declare under penalty of perjury that this information is true.

Date: 5-2-25

_____
Server's signature

Courtney McDowall
Printed name and title

20470 Kensfield Trail, Lakeville
Server's address

Additional information regarding attempted service, etc:

**RECEIVED**
MAY 0 6 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:25-cv-01948-ECT-JFD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* LADC
was received by me on *(date)* 5-2-25.

☐ I personally served the summons on the individual at *(place)* SHARON JONES
_____ on *(date)* 5-2-25; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* SHARON JONES, who is designated by law to accept service of process on behalf of *(name of organization)* LADC
_____ on *(date)* 5-2-25; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 25 for travel and $ 25 for services, for a total of $ 50.

I declare under penalty of perjury that this information is true.

Date: 5-2-25

_____
Server's signature

Courtney McDowall
Printed name and title

20470 Kensfield Trail, Lakeville
Server's address

Additional information regarding attempted service, etc:

**RECEIVED**
MAY 0 6 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Civil Action No. 0:25-cv-01948-ECT-JFD

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HON TANYA O'BRIEN
was received by me on *(date)* 5-2-25.

☐ I personally served the summons on the individual at *(place)* APPLE VALLEY COURTHOUSE CLERK OF COURT on *(date)* 5-6-25; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* CLERK OF COURT, who is designated by law to accept service of process on behalf of *(name of organization)* HON O'BRIEN
on *(date)* 5-6-25; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 25 for travel and $ 25 for services, for a total of $ 50.

I declare under penalty of perjury that this information is true.

Date: 5-2-25

_____
Server's signature

Courtney McDowall
Printed name and title

20470 Kensfield trail, Lakeville
Server's address

Additional information regarding attempted service, etc:

**RECEIVED**
MAY 0 6 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Civil Action No. 0:25-cv-01948-ECT-JFD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GAL LYDIA CLEMENS
was received by me on *(date)* 5-2-25.

☐ I personally served the summons on the individual at *(place)* EMAIL VIA PETITIONER
EMAIL ACCT on *(date)* 5-6-25; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: 5-2-25

_____
Server's signature

Courtney McDowall
Printed name and title

20470 Kensfield Trail, Lakeville
Server's address

Additional information regarding attempted service, etc:

**RECEIVED**

MAY 0 6 2025

CLERK, U.S. [DISTRICT COURT]
MINNEAPOLIS, MINNESOTA