1   Steve Salvador Ybarra

2   Pro Se Litigant

3   Minnesota | California

4   TheoryWerkx.com

5   Tel: 612.544.4380

6   Steve@TheoryWerkx.com

**RECEIVED**

MAY 0 8 2025

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

9               UNITED STATES DISTRICT COURT

10             FOR THE DISTRICT OF MINNESOTA

11

12  | Steve Salvador Ybarra                          | No. . 0:25-cv-01948-KMM-DJF |
    | Self-Represented
13  | Pro Se Litigant,

14                Plaintiff,          **PLAINTIFF'S NOTICE REGARDING
                                       STATE COURT FRAUD CONCEALMENT,**
15      v.                            **JUDICIAL CONFLICT, AND RULE 11
                                       ENFORCEMENT ACTIONS**
16  Legal Assistance of Dakota County;
    Sharon Jones Esq., in her Individual and
17  Official capacities;
    Hon. David Lutz, in his individual and
18  Official capacities;
    Hon. Tanya Obrien, in her individual and
19  official capacities;
    Hon. Dannia L Edwards, in her individual
20  and official capacities;
    Lydia Clemens, in her individual and
21  official capacities;
    Michelle Cathleen Ybarra,
22
                Defendants.
23

24

25      Plaintiff **Steve Salvador Ybarra**, pro se, respectfully submits this notice to apprise the

26  Court of live post-filing events in **Dakota County District Court Case No. 19AV-FA-24-839**,

27  now constituting **ongoing predicate acts** under 42 U.S.C. §§ 1983, 1985(2), and 18 U.S.C. §§

28  1503 and 1962(d). This notice supplements Plaintiff's pending TRO and civil complaint and

1

SCANNED

MAY 0 9 2025

U.S. DISTRICT COURT MPLS

documents the **escalating procedural obstruction** by state officials and parties following federal service.

### I. Rule 11 Enforcement Triggered by Post-Filing Misconduct

On May 5, 2025, Plaintiff served a **Rule 11 Safe Harbor Notice** on **Attorney Sharon Jones**, identifying a sealed May 6 affidavit and May 7 fee waiver order as violations of **Rule 11(b)(1)–(4)** and **Minn. Stat. § 563.01**, due to:

- Known ineligibility of her client (Michelle Ybarra) for legal aid (income: $4,422/month),
- Prior conflicting income records already in Jones's possession,
- Fraudulent indigency declarations submitted under seal.

**Sharon Jones took no corrective action**, and instead doubled down post-notice, resulting in the May 7 sealed fee waiver—**after federal complaint, TRO, and Rule 11 notice**.

### II. Judicial Conflict, Protective Order, and Procedural Entrenchment

Plaintiff simultaneously filed a **Motion to Unseal Index #312**, citing:

- **Hazel-Atlas Glass Co. v. Hartford-Empire Co.**, 322 U.S. 238 (1944),
- **Canon 2.11(A)** of the Minnesota Code of Judicial Conduct,
- And **Caperton v. A.T. Massey Coal Co.**, 556 U.S. 868 (2009).

Despite these filings, **Judge David Lutz**—who admitted on record to **prior pro bono affiliation with Legal Assistance of Dakota County (LADC)**—refused to recuse, issued a protective order on April 28 shielding LADC's intake records, and granted the May 7 sealed fee waiver post-federal notice.

These rulings:

- **Obstruct federal review**,
- Conceal income fraud by a Legal Aid client and attorney,
- And place Judge Lutz in direct violation of **Stump v. Sparkman**, 435 U.S. 349 (1978), and **Dennis v. Sparks**, 449 U.S. 24 (1980) (judicial participation in rights-depriving conspiracy removes immunity).

2

### III. Federal Standing and Next-Step Relief

Plaintiff respectfully notifies the Court that:

- **All Rule 11 declarations, transcripts, and affidavits** have now been served on all state parties and filed as evidence,
- The sealed affidavit at **Index #312** is now the subject of a Rule 60.02(d) motion to vacate and a federal Rule 11 motion,
- Failure by the state forum to unseal and investigate constitutes **federal obstruction under 28 U.S.C. § 1443** and supports injunctive relief.

Plaintiff anticipates renewed misconduct during the upcoming **May 12, 2025** state hearing and has preserved the record under Mathews v. Eldridge, 424 U.S. 319 (1976), for use in requesting expedited federal intervention if the obstruction persists.

### IV. Relief Requested

Plaintiff respectfully requests this Court to:

1. Take judicial notice of all attached Rule 11 declarations and evidence submitted as Exhibit C;
2. Docket this notice as supplemental grounds in support of the pending TRO and complaint;
3. If state court fails to unseal Index #312 or act on Rule 11 violations, authorize emergency relief under **42 U.S.C. § 1983** and **Fed. R. Civ. P. 65(b)**.

Respectfully submitted,

**/s/ Steve Salvador Ybarra**

Steve Salvador Ybarra

Pro Se Litigant

California | Minnesota

Email: Steve@TheoryWerkx.com

3

1    Phone: (612) 544-4380

2

3    **CERTIFICATE OF SERVICE**

4    I hereby certify that on **May 7, 2025**, I served a true and correct copy of the attached:

5    **PLAINTIFF'S NOTICE REGARDING STATE COURT FRAUD**

6    **CONCEALMENT, JUDICIAL CONFLICT, AND RULE 11 ENFORCEMENT ACTIONS**

7    upon the following parties by email and/or U.S. Mail:

8    • **Legal Assistance of Dakota County**

9    Email: admin@dakotalegal.org

10   • **Sharon Jones, Esq.**, in her individual and official capacities

11   Legal Assistance of Dakota County

12   Email: sjones@dakotalegal.org

13   • **Hon. David Lutz**, in his individual and official capacities

14   Dakota County District Court

15   1560 Highway 55, Hastings, MN 55033

16   Email: Raymond.mestad@courts.state.mn.us

17   • **Hon. Tanya O'Brien**, in her individual and official capacities

18   Dakota County District Court

19   1560 Highway 55, Hastings, MN 55033

20   Email:

21   • **Hon. Dannia L. Edwards**, in her individual and official capacities

22   Dakota County District Court

23   1560 Highway 55, Hastings, MN 55033

24   Email:

25   • **Lydia Clemens**, Guardian ad Litem, in her individual and official capacities

26   First Judicial District GAL Program

27   Email: Lydia.clemens@courts.state.mn.us

28   • **Michelle Cathleen Ybarra**, Respondent

4

Email: shellbel1@hotmail.com

This notice was served to all named parties via email where available and U.S. Mail where necessary, consistent with Fed. R. Civ. P. 5(b) and Local Rule 7.1.

Respectfully submitted,

/s/ **Steve Salvador Ybarra**

Pro Se Litigant

Steve@TheoryWerkx.com

(612) 544-4380

Executed May 7, 2025