Steve Salvador Ybarra
Pro Se Litigant
20470 Kensfield Trail
Lakeville, MN 55044
Steve@TheoryWerkx.com | (612) 544-4380

May 5, 2025

Via Email and U.S. Mail
Sharon Jones, Esq.
Legal Assistance of Dakota County
7300 147th Street West, Suite 401
Apple Valley, MN 55124
sjones@dakotalegal.org

RE: Safe Harbor Notice – Draft Rule 11 Sanctions Motion – *Ybarra v. Legal Assistance of Dakota County et al.*, Case No. 0:25-cv-01948-KMM-DJF

Dear Ms. Jones,

Pursuant to Federal Rule of Civil Procedure 11(c)(2), this letter serves as formal notice of a safe harbor period during which you may withdraw or correct the filings listed below to avoid Rule 11 sanctions.

Specifically, I identify the following documents as materially violative of Rule 11(b)(1)–(4):

- Third Supplemental Affidavit of Michelle Cathleen Ybarra, dated May 5, 2025
- Responsive Motion filed by you on May 5, 2025
- Any and all representations within those documents that:
    1. Assert eligibility for Legal Aid contrary to LADC policy and documented earnings;
    2. Contain legal argumentation drafted in whole or part by you but attributed to Michelle Ybarra;
    3. Obstruct financial discovery required under Minn. R. Civ. P. 26 and 37;
    4. Misstate the jurisdictional facts underpinning custody orders challenged under UCCJEA.

These documents reflect improper authorship, factual misrepresentations, and abuse of court process in violation of Fed. R. Civ. P. 11(b). You are hereby granted the required 21-day safe harbor period to withdraw or correct the filings in question.



If no corrective action is taken by May 27, 2025, I will file the attached Motion for Sanctions in the U.S. District Court for the District of Minnesota without further notice.

Respectfully,

**/s/ Steve Salvador Ybarra**

Steve Salvador Ybarra

Pro Se Litigant

California | Minnesota

Email: Steve@TheoryWerkx.com

Phone: (612) 544-4380



EXHIBIT D

**Case Events**

| Date | Event | |
|---|---|---|
| 05/07/2025 | Notice of Filing of Order<br>Index #320 | Download PDF<br>1 page |
| 05/07/2025 | Order Granting Fee Waiver<br>Judicial Officer: Lutz, David N.<br>Party: Petitioner Ybarra, Michelle Cathleen<br>Index #319 | Download PDF<br>3 pages |
| 05/07/2025 | Proposed Order or Document<br>Index #318 | |
| 05/07/2025 | Notice by Attorney or Party<br>Index #317 | |
| 05/06/2025 | Affidavit of Service<br>Index #316 | |
| 05/06/2025 | Notice by Attorney or Party<br>Index #315 | |
| 05/06/2025 | Affidavit of Petitioner<br>Index #314 | |
| 05/06/2025 | Responsive Motion<br>Party: Petitioner Ybarra, Michelle Cathleen<br>Index #313 | |
| 05/06/2025 | Affidavit to Request Fee Waiver<br>Party: Petitioner Ybarra, Michelle Cathleen<br>Index #312 | |

*EXHIBIT E*

**State of Minnesota**

Filed in District Court
State of Minnesota
05/07/2025

**District Court**

County of Dakota

Court File Number: 19AV-FA-24-839

First Judicial District

Case Type: Dissolution with Child

In re the Marriage of Michelle Cathleen Ybarra and Steve Salvador Ybarra

**Order ☐ Denying / ☒ Granting Fee Waiver Request**
Minn. Stat. § 563.01

## Order Denying Fee Waiver Request

Based on the affidavit of the applicant, Michelle Cathleen Ybarra, and the authority of Minn. Stat. § 563.01, the Court FINDS:

☐ The action is frivolous.

☐ The applicant:
- Is not receiving public assistance as described in Minn. Stat. § 550.37, subd. 14;
- Is not represented by an attorney on behalf of a civil legal services program or volunteer attorney program based on indigency;
- Has an annual income greater than 125% of the federal poverty line; and
- Is able to pay all of the fees, costs, and security for costs.

☐ The applicant has not given the Court enough information to determine if the applicant is eligible for a full or partial fee waiver. The applicant needs to give the Court more information about the applicant's:

☐ public assistance    ☐ attorney    ☐ income    ☐ expenses

☐ other:

The record shall be kept open until _____ to allow the applicant to submit additional evidence to the Court. If the applicant does not submit additional evidence by this date, the case will be closed.

☐ Other:

**IT IS ORDERED THAT:** The applicant's request to waive court fees and costs is **DENIED**.

Recommended by:                                              BY THE COURT:

_____                               _____
Referee of District Court        Date                        Judge of District Court        Date

### Order Granting Fee Waiver Request

Based on the affidavit of the applicant, Michelle Cathleen Ybarra, and the authority of Minn. Stat. § 563.01, the Court FINDS:

1. The applicant's claims are either:

   [X] Not frivolous, and the applicant meets at least 1 of the 3 eligibility criteria listed under Minn. Stat. § 563.01, subd. 3(b):
   - Receives public assistance as described in Minn. Stat. § 550.37, subd. 14;
   - Is represented by an attorney on behalf of a civil legal services program or volunteer attorney program based on indigency; and/or
   - Has an annual income less than or equal to 125% of the poverty line.

   **OR**

   [ ] Not frivolous, and the applicant does not meet the eligibility criteria under Minn. Stat. § 563.01, subd. 3(b). However, the applicant is not able to pay all of the fees, costs, and security for costs.

**IT IS ORDERED THAT:**

1. The applicant is authorized to proceed under a full or partial fee waiver.
2. [X] The applicant shall not be required to pay any fees, costs, and security.

   **OR**

   [ ] The applicant does not receive public assistance, does not have an income below 125% of the poverty line, and is not represented by a civil legal services or volunteer attorney program based on indigency. However, the applicant is not able to pay all fees, costs, and security for costs. The applicant shall pay $         towards fees, costs, and security, which shall be due immediately upon filing.

3. All necessary pleadings in this proceeding shall be served by the Sheriff of the appropriate county as requested without payment of any fees or costs.
4. If, following the start of the action, the applicant no longer meets the eligibility criteria under Minn. Stat. § 563.01, subd. 3(b), or becomes able to pay a higher amount than

previously ordered, the Court may order reimbursement of all or a portion of the fees, costs, and security for costs.

5. If funds are recovered by either settlement or judgment in this action, the costs deferred and expenses directed by the Court to be paid in this order shall be included in such settlement or judgment and shall be paid directly to the Court Administrator by the opposing party.

6. This order expires one year from the date of this order, unless otherwise amended or altered by the court. The applicant shall reapply if the applicant seeks to request a fee waiver after the one-year period.

Recommended by:

_____
Referee of District Court     Date

BY THE COURT:

_____  *David N. Lutz*  Digitally signed by Lutz, David
Judge of District Court     Date    Date: 2025.05.07 14:09:31 -05'00'