Steve Salvador Ybarra

Pro Se Litigant

Minnesota | California

TheoryWerkx.com

Tel: 612.544.4380

Steve@TheoryWerkx.com

RECEIVED
MAY 13 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Steve Salvador Ybarra<br>Self-Represented<br>Pro Se Litigant,<br><br>    Plaintiff,<br><br>v.<br><br>Legal Assistance of Dakota County;<br>Sharon Jones Esq., in her Individual and Official capacities;<br>Hon. David Lutz, in his individual and Official capacities;<br>Hon. Tanya Obrien, in her individual and official capacities;<br>Hon. Dannia L Edwards, in her individual and official capacities;<br>Lydia Clemens, in her individual and official capacities;<br>Michelle Cathleen Ybarra,<br><br>    Defendants. | No. 0:25-cv-01948-KMM-DJF<br><br>**NOTICE OF DEFENDANT NON-APPEARANCE AND PENDING DEFAULT RISK** |

Plaintiff Steve Salvador Ybarra respectfully submits this Notice to inform the Court of material procedural developments in the above-captioned matter. To date, none of the named Defendants—Legal Assistance of Dakota County (LADC), Sharon Jones, Esq., Hon. David Lutz, Hon. Tanya O'Brien, Hon. Dannia L. Edwards, Lydia Clemens, or Michelle Cathleen Ybarra—

1

SCANNED
MAY 13 2025
U.S. DISTRICT COURT MPLS

have entered an appearance through counsel, filed an answer, or otherwise responded to the Verified Complaint filed on April 30, 2025 and served on or before May 2, 2025.

This silence is particularly troubling in light of the seriousness of the claims, which include:

- Fraud upon the court (Hazel-Atlas Glass Co. v. Hartford-Empire Co., 322 U.S. 238 (1944));
- Ongoing due process violations (Mathews v. Eldridge, 424 U.S. 319 (1976));
- Judicial bias and failure to recuse (Caperton v. A.T. Massey Coal Co., 556 U.S. 868 (2009));
- First Amendment retaliation for filing protected pleadings (Christopher v. Harbury, 536 U.S. 403 (2002));
- Violations of 42 U.S.C. §§ 1983, 1985(2), and 18 U.S.C. § 1962(d).

Despite formal notice and service, none of the parties have filed:

- A motion to dismiss under Rule 12;
- An answer under Rule 8;
- A motion for extension of time to respond under Rule 6(b).

**Legal Aid of Dakota County and Sharon Jones** continue to act in the state proceeding while under active federal complaint, a direct conflict of interest that remains unaddressed.

**Judge David Lutz**, a named Defendant, has continued to preside over proceedings in State Case No. 19AV-FA-24-839, despite acknowledged prior affiliation with LADC and his own statement that he will "stand down" only if this Court issues an injunction.

**Lydia Clemens**, similarly named, has not sought removal or clarification regarding her federal exposure, and continues participating as Guardian ad Litem.

This notice is submitted to preserve the record and respectfully request that this Court:

1. Take judicial notice under Fed. R. Evid. 201 of Defendants' non-appearance and the

2

procedural posture;

2. Set a status conference or deadline for Defendants to appear or risk default under Fed. R. Civ. P. 55(a);

3. Consider this silence as further indication of entrenched misconduct and evasive conduct warranting equitable relief.

Respectfully submitted,

/s/ Steve Salvador Ybarra

Steve Salvador Ybarra

Pro Se Litigant

California | Minnesota

Email: Steve@TheoryWerkx.com

Phone: (612) 544-4380

**CERTIFICATE OF SERVICE**

I hereby certify that on **May 12, 2025**, I served a true and correct copy of the attached: **NOTICE OF DEFENDANT NON-APPEARANCE AND PENDING DEFAULT RISK**

upon the following parties by email and/or U.S. Mail:

- **Legal Assistance of Dakota County**
  Email: admin@dakotalegal.org
- **Sharon Jones, Esq.**, in her individual and official capacities
  Legal Assistance of Dakota County
  Email: sjones@dakotalegal.org
- **Hon. David Lutz**, in his individual and official capacities
  Dakota County District Court

3

1560 Highway 55, Hastings, MN 55033

Email: Raymond.mestad@courts.state.mn.us

- **Hon. Tanya O'Brien**, in her individual and official capacities

  Dakota County District Court

  1560 Highway 55, Hastings, MN 55033

  Email:

- **Hon. Dannia L. Edwards**, in her individual and official capacities

  Dakota County District Court

  1560 Highway 55, Hastings, MN 55033

  Email:

- **Lydia Clemens**, Guardian ad Litem, in her individual and official capacities

  First Judicial District GAL Program

  Email: Lydia.clemens@courts.state.mn.us

- **Michelle Cathleen Ybarra**, Respondent

  Email: shellbel1@hotmail.com

This notice was served to all named parties via email where available and U.S. Mail where necessary, consistent with Fed. R. Civ. P. 5(b) and Local Rule 7.1.

Respectfully submitted,

/s/ **Steve Salvador Ybarra**

Pro Se Litigant

Steve@TheoryWerkx.com

(612) 544-4380

Executed May 12, 2025