Steve Salvador Ybarra
Pro Se Litigant
Minnesota | California
TheoryWerkx.com
Tel: 612.544.4380
Steve@TheoryWerkx.com

RECEIVED
MAY 14 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

Steve Salvador Ybarra
Self-Represented
Pro Se Litigant,

   Plaintiff,

  v.

Legal Assistance of Dakota County;
Sharon Jones Esq., in her Individual and Official capacities;
Hon. David Lutz, in his individual and Official capacities;
Hon. Tanya Obrien, in her individual and official capacities;
Hon. Dannia L Edwards, in her individual and official capacities;
Lydia Clemens, in her individual and official capacities;
Michelle Cathleen Ybarra,

   Defendants.

No. 0:25-cv-01948-KMM-DJF

**NOTICE OF INTENT TO PROPOND TARGETED DISCOVERY UPON RESOLUTION OF PRELIMINARY INJUNCTION MOTION**

TO THE COURT AND ALL PARTIES:

  Plaintiff Steve Salvador Ybarra, proceeding pro se, respectfully submits this Notice of Intent to Propound Targeted Discovery. In the interest of transparency and procedural clarity, Plaintiff provides notice that, should this matter proceed beyond the current phase of preliminary

1

SCANNED
MAY 14 2025
U.S. DISTRICT COURT MPLS

injunction briefing, he intends to promptly serve narrowly tailored discovery demands directed at the following categories:

1. **Guardian ad Litem (GAL) Communications and Authorship Metadata:**
   - All emails, drafts, and digital authorship data relating to the October 11, 2024 GAL Report authored by Defendant Lydia Clemens, including metadata identifying participation or contribution by Sharon Jones or any other party affiliated with Legal Assistance of Dakota County.

2. **Legal Assistance of Dakota County (LADC) Internal Discussions Regarding Affidavit Fraud:**
   - Communications, strategy memos, and internal notes addressing Plaintiff's sealed filings, IFP eligibility challenges, or Sharon Jones' ghostwriting of affidavits submitted in the state custody matter.

3. **Sealed Filings and Orders Relating to Index #312:**
   - All sealed pleadings, rulings, and internal judicial memoranda referencing Index #312, which Plaintiff alleges is tied to concealed perjury and procedural fraud.

4. **Intake Eligibility and Financial Qualification Documentation:**
   - Records concerning income verification, public aid eligibility, and LADC intake assessments related to Michelle Cathleen Ybarra, including all submitted or reviewed pay stubs and related disclosures.

5. **Judicial Communications Involving Raymond Mestad:**
   - All emails, directives, and records of communication between Dakota County judicial clerk Raymond Mestad and any judicial officer or staff concerning Plaintiff's filings, pending motions, and reports of GAL misconduct.

This discovery is necessary to further substantiate Plaintiff's allegations under 42 U.S.C. §§ 1983, 1985, and 18 U.S.C. § 1962(d), and is particularly relevant given the demonstrable concealment of evidence and procedural abuse that form the factual basis of this federal civil rights action.

2

Respectfully submitted,

**/s/ Steve Salvador Ybarra**

Steve Salvador Ybarra

Pro Se Litigant

California | Minnesota

Email: Steve@TheoryWerkx.com

Phone: (612) 544-4380

**CERTIFICATE OF SERVICE**

I hereby certify that on **May 13, 2025**, I served a true and correct copy of the attached: **NOTICE OF INTENT TO PROPOND TARGETED DISCOVERY UPON RESOLUTION OF PRELIMINARY INJUNCTION MOTION**

upon the following parties by email and/or U.S. Mail:

- **Legal Assistance of Dakota County**

    Email: admin@dakotalegal.org

- **Sharon Jones, Esq.**, in her individual and official capacities

    Legal Assistance of Dakota County

    Email: sjones@dakotalegal.org

- **Hon. David Lutz**, in his individual and official capacities

    Dakota County District Court

    1560 Highway 55, Hastings, MN 55033

    Email: Raymond.mestad@courts.state.mn.us

- **Hon. Tanya O'Brien**, in her individual and official capacities

    Dakota County District Court

    1560 Highway 55, Hastings, MN 55033

    Email:

- **Hon. Dannia L. Edwards**, in her individual and official capacities

1. Dakota County District Court
2. 1560 Highway 55, Hastings, MN 55033
3. Email:
4. - **Lydia Clemens**, Guardian ad Litem, in her individual and official capacities
5. First Judicial District GAL Program
6. Email: Lydia.clemens@courts.state.mn.us
7. - **Michelle Cathleen Ybarra**, Respondent
8. Email: shellbel1@hotmail.com
9. This notice was served to all named parties via email where available and U.S. Mail where
10. necessary, consistent with Fed. R. Civ. P. 5(b) and Local Rule 7.1.
11. Respectfully submitted,
12. /s/ **Steve Salvador Ybarra**
13. Pro Se Litigant
14. Steve@TheoryWerkx.com
15. (612) 544-4380
16. Executed May 12, 2025

4