## RICO Enterprise Flowchart: Sharon Jones at the Center

**EXHIBIT A1**

Central Node: **Sharon Jones (LADC Director)**

Connected nodes and relationships:

- **GAL & CPS Agents (Unnamed)** — Ignored abuse, aligned with false reports
- **Judge David Lutz (Suppressor)** — Ignored CPS, suppressed evidence, protected LADC
- **Judge Dannia Edwards (Enforcer)** — Issued custody orders based on false filings
- **Michelle Ybarra (Fraudulent Client)** — Enabled fraudulent legal aid & filings
- **Judge Tanya O'Brien (Gatekeeper)** — Allowed fraudulent service, signaled bias
- **Legal Assistance of Dakota County (LADC)** — Enterprise base for public fund misuse

RECEIVED
MAY 15 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

25-CV-01948

SCANNED
MAY 15 2025  CK
U.S. DISTRICT COURT MPLS

**4 MESSAGES**  ⟋ Summarize

Found in iCloud Inbox

**Siri Found a Contact**
Aaron Strong
aaron.strong@co.dakota.mn.us                        Add   ×

**AS**   **Aaron Strong**                           10/30/24
        To: S Y

**RECEIVED**
**MAY 1 5 2025**
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## Dakota County rescinding recommendation.

Good morning Mr. Ybarra,

It was brought to my attention that in an assessment dictation for a Child Protection Investigation completed by Dakota County Social Services on July 2, 2024, there was a recommendation stating, "Steve not having any unsupervised contact with the children due to several concerns." After review Dakota County Social Services determined this recommendation was outside of the scope of the child protection investigation. Dakota County Social Services is rescinding this recommendation. Dakota County Social Services does not have any recommendations regarding custody or parenting time regarding the family court matter between you and Ms. Ybarra, court file # 19AV-FA-24-839.

Respectfully,

Aaron Strong
Family Investigation Supervisor

**Dakota**
**COUNTY**
**Social Services**

P  952-891-7410
W  www.dakotacounty.us
A  14395 Galaxie Ave, Apple Valley, MN 55124
X  952-891-7473

---

Note: This email and its attachments may contain information protected by state or federal law or that may not otherwise be disclosed. If you received this in error, please notify the sender immediately and delete this email and its attachments from all devices.

25-CV-01948

**SY**   S Y                                        10/30/24
        Begin forwarded message:

**KP**  **Kyle Prouty**                             10/30/24
        Hi Steve, I'm glad to see this outcome. I added this in what is now paragraph #15:...

**KP**  **Kyle Prouty**                             10/30/24
        Steve, I sent the below to the Guardian. Thanks, ***Please copy meganb@hllawfir...

EXHIBIT A

**Aaron Strong**
To: S Y



RECEIVED
MAY 15 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

### RE: Update

Hello Mr. Ybarra,

There was not sufficient evidence to determine that Tahtina suppressed information regarding abuse of the children or made-up allegations about you. However, we did determine that recommendations regarding visitation with your children will be rescinded from our records. There was no child protection basis for that recommendation. Dakota County Social Services has no recommendations regarding your family court matter including custody or visitation. I will be creating and sending letters to you, Ms. Ybarra, and the GAL stating this.

I apologize on behalf of Dakota County Social Services for the mental pain and anguish this has caused you.

Sincerely,


Aaron Strong
Family Investigation Supervisor

Social Services
P   952-891-7410
W   www.dakotacounty.us
A   14395 Galaxie Ave, Apple Valley, MN 55124
X   952-891-7473

-----Original Message-----
From: Steve Ybarra <ybarra.81x@icloud.com>
Sent: Wednesday, October 30, 2024 9:41 AM
To: Strong, Aaron <Aaron.Strong@CO.DAKOTA.MN.US>
Subject: Update

_____

WARNING: External email. Please verify sender before opening attachments or clicking on links.

_____

25-cv-01948

Exhibit A3

> **Lydia Clemens** 2/26/25
> To: Raymond, Sharon, S 81x

### RE: [EXTERNAL] Re: Ybarra reschedule dates 19AV-FA-839

Good Afternoon,

I am available on the 21st.

Thank You,

# LYDIA CLEMENS

She/Her
Guardian ad Litem | Family Court Division

**MINNESOTA GUARDIAN AD LITEM**

📞 612.258.6921
✉️ lydia.clemens@courts.state.mn.us
🔗 mn.gov/guardian-ad-litem

**Advocacy for Children**

You are responsible for the lawful use of this information. This email and any attachments to it may be confidential and are intended solely for the individual or organization to which they are addressed. They may contain privileged or confidential information and should not be disseminated. If you are not the intended recipient of the email, you should not copy, distribute or take any action in reliance upon this email or the attachments.

Sharon L. Jones

Executive Director

Legal Assistance of Dakota County, Ltd.

7300 147th St. W., Suite 401

Apple Valley, MN 55124

Phone: 952-431-3200

Fax: 952-431-3202

www.dakotalegal.org

**RECEIVED**

MAY 1 5 2025

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

This email and any attachments are intended for the exclusive use of the individual or entity to whom it is addressed. The information contained in this email may be proprietary, confidential, privileged, and exempt from disclosure under applicable law. If the reader of this email is not the intended recipient or agent responsible for delivering the message to the intended recipient, the reader is hereby put on notice that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If the reader has received this communication in error, please immediately notify the sender by email and delete all copies of this email along with any attachments.



25-cv-01948

Exhibit A4