AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:25-cv-01948-ECT-JFD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MICHELLE CATHLEEN YBARRA
was received by me on *(date)* 5-9-2025.

☐ I personally served the summons on the individual at *(place)* GREAT CLIPS ROSEMOUNT
_____ on *(date)* 5-9-25 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: MAY 13 2025

_____DANIELLE_____
Server's signature

_____DANIELLE_____
Printed name and title

Signed for Serve.
Server's address

RECEIVED
MAY 1 6 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Additional information regarding attempted service, etc:


SCANNED
MAY 1 9 2025
U.S. DISTRICT COURT MPLS