Steve Salvador Ybarra

Pro Se Litigant

Minnesota | California

TheoryWerkx.com

Tel: 612.544.4380

Steve@TheoryWerkx.com

RECEIVED
MAY 16 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Steve Salvador Ybarra<br>Self-Represented<br>Pro Se Litigant,<br><br>        Plaintiff,<br><br>v.<br><br>Legal Assistance of Dakota County;<br>Sharon Jones Esq., in her Individual and<br>Official capacities;<br>Hon. David Lutz, in his individual and<br>Official capacities;<br>Hon. Tanya Obrien, in her individual and official capacities;<br>Hon. Dannia L Edwards, in her individual and official capacities;<br>Lydia Clemens, in her individual and official capacities;<br>Michelle Cathleen Ybarra,<br><br>        Defendants. | No. . 0:25-cv-01948-KMM-DJF<br><br>**(PROPOSED) ORDER GRANTING PLANTIFF'S MOTION FOR SANCTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11** |

The Court, having considered Plaintiff's Motion for Sanctions under Federal

Rule of Civil Procedure 11 against Defendant Sharon Jones, the supporting

1

SCANNED
MAY 1 9 2025
U.S. DISTRICT COURT MPLS

memorandum of law, declarations, and exhibits, and all other relevant filings in the record, hereby ORDERS as follows:

1. Plaintiff's Motion is GRANTED;

2. The sealed affidavit filed by Defendant Sharon Jones on or about May 6, 2025 is hereby STRICKEN from the record;

3. Defendant Sharon Jones is sanctioned under Rule 11(b)(1), (3), and (4) for conduct including the submission of false financial affidavits, the concealment of material evidence, and the obstruction of discovery;

4. Defendant Sharon Jones is referred to the Minnesota Office of Lawyers Professional Responsibility for investigation and potential disciplinary proceedings;

5. Legal Assistance of Dakota County is ORDERED to produce under seal and for in camera review all intake, eligibility, and income verification records for Michelle Cathleen Ybarra, including Index No. 312, within seven (7) days of this Order;

6. Plaintiff is awarded $9,875.00 in fees and costs reasonably incurred in bringing this Motion;

7. A hearing to assess further remedial measures under the Court's inherent authority, including sanctions pursuant to *Chambers v. NASCO, Inc.*, 501 U.S. 32 (1991), shall be scheduled within fourteen (14) days;

8. The Clerk is directed to serve a copy of this Order on all named Defendants, including Assistant Attorney General Jeff Timmerman, as official notice of state-involved litigation misconduct under 42 U.S.C. §§ 1983, 1985(2), and 1986.

IT IS SO ORDERED.

Dated: _____     BY THE COURT:

_____
Hon. Katherine Menendez
United States District Judge