UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steve Salvador Ybarra,

Court File No. 25-cv-01948 (KMM/DJF)

Plaintiff,

vs.

**CERTIFICATE OF SERVICE**

Legal Assistance of Dakota County, et al.,

Defendants.

I certify that on May 19, 2025, I caused the Brief Opposing Plaintiff's Emergency

Motions for Equitable Relief to be sent by U.S. Mail, to Plaintiff at the following address:

Steve Salvador Ybarra
20470 Kensfield Trail
Lakeville, MN 55044

Dated: May 19, 2025

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota


s/ Jeff Timmerman
JEFF TIMMERMAN
Assistant Attorney General
Atty. Reg. No. 0352561

445 Minnesota Street, Suite 600
St. Paul, MN 55101-2131
(651) 583-7660 (Voice)
(651) 282-5832 (Fax)
Jeffrey.Timmerman@ag.state.mn.us

ATTORNEY FOR STATE DEFENDANTS
DAVID LUTZ, TANYA O'BRIEN, DANNIA
EDWARDS, AND LYDIA CLEMENS