RECEIVED
MAY 19 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA



## Jeff Timmerman (He/Him)

See clearly, act correctly, and persevere

Minneapolis, Minnesota, United States · Contact info

500+ connections

Office of the Minnesota Attorney General

Florida State University College of Law

Connect   Message   More

EXHIBIT A6

### Activity

519 followers

Jeff Timmerman (He/Him) reposted this

Office of the Minnesota Attorney...
4,113 followers
1w

The Office is currently seeking an Assistant Attorney General (AAG) in the Education Division of the Office. The AAG's primary caseload will involve ...more



Assistant Attorney General
Education Division
Apply at www.mn.gov/careers
Posting Number 86110
The deadline for applications is May 22, 2025
*Diverse Workforce   *Comprehensive Benefits   *Top Workplace

20 · 2 comments · 8 reposts

Jeff Timmerman (He/Him) reposted

Office of the Minnesota...
4,113 followers
4mo

The Minnesota Attorney General's accepting applications for a Antitru... is a unique opportunity for law stud



Now Hiring!
Summer Antitrust Law Clerk
Food and Agriculture

Apply at: www.mn.gov/careers  Postin
The deadline for applications is Febr

14 · 3 reposts

Show all posts →

### Experience

**Assistant Attorney General**
Office of the Minnesota Attorney General · Full-time
Jun 2022 - Present · 3 yrs
St Paul, Minnesota, United States

**Dakota County**
8 yrs 2 mos

- **Employee Relations Deputy Director**
  Full-time
  Oct 2019 - Jun 2022 · 2 yrs 9 mos

- **Assistant County Attorney -- Civil Division**
  May 2014 - Oct 2019 · 5 yrs 6 mos
  Hastings, MN

SCANNED
MAY 19 2025
U.S. DISTRICT COURT MPLS