Filed in District Court
State of Minnesota
Apr 2 2024 2:50 PM

**State of Minnesota**  **District Court**

County of Dakota                    Court File Number: 19AV-FA-24-839

First Judicial District              Case Type: Dissolution with Child

In the Marriage of Michelle Cathleen Ybarra and Steve Salvador Ybarra

Order ☐ Denying / ☒ Granting Fee Waiver Request (In Forma Pauperis)
Minn. Stat. § 563.01



Exhibit A7

## Order Denying Fee Waiver Request (In Forma Pauperis)

Based on the affidavit of the applicant, Michelle Cathleen Ybarra, and the authority of Minn. Stat. § 563.01, the Court FINDS:

☐ The action is frivolous.

☐ The applicant:
- Is not receiving public assistance as described in Minn. Stat. § 550.37, subd. 14;
- Is not represented by an attorney on behalf of a civil legal services program or volunteer attorney program based on indigency;
- Has an annual income greater than 125% of the federal poverty line; and
- Is able to pay all of the fees, costs, and security for costs.

☐ The applicant has not given the Court enough information to determine if the applicant is eligible for a full or partial fee waiver. The applicant needs to give the Court more information about the applicant's:

☐ public assistance     ☐ attorney     ☐ income     ☐ expenses

☐ other:

The record shall be kept open until _____ to allow the applicant to submit additional evidence to the Court. If the applicant does not submit additional evidence by this date, the case will be closed.

☐ Other:

SCANNED
MAY 19 2025
U.S. DISTRICT COURT MPLS

RECEIVED
MAY 19 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**IT IS ORDERED THAT:** The applicant's request to waive court fees and costs is **DENIED**.

Recommended by:                                                      BY THE COURT:

_____                    _____
Referee of District Court          Date                              Judge of District Court          Date

## Order Granting Fee Waiver Request (In Forma Pauperis)

Based on the affidavit of the applicant, Michelle Cathleen Ybarra, and the authority of Minn. Stat. § 563.01, the Court FINDS:

1. The applicant's claims are **either**:

   ☒ Not frivolous, and the applicant meets at least 1 of the 3 eligibility criteria listed under Minn. Stat. § 563.01, subd. 3(b):
   - Receives public assistance as described in Minn. Stat. § 550.37, subd. 14;
   - Is represented **by an attorney on behalf** of a civil legal services program or volunteer **attorney program based on** indigency; and/or
   - Has an annual income less than or equal to 125% of the poverty line.

   **OR**

   ☐ Not frivolous, and the applicant does not meet the eligibility criteria under Minn. Stat. § 563.01, subd. 3(b). However, the applicant is not able to pay all of the fees, costs, and security for costs.

**IT IS ORDERED THAT:**

1. The **applicant is** authorized to **proceed under** a full or partial fee waiver.
2. ☐ The applicant shall not be required to pay any fees, costs, and security.

   **OR**

   ☒ The applicant does not receive public assistance, does not have an income below 125% of the poverty line, and is not represented by a civil legal services or volunteer attorney program based on indigency. However, the applicant is not able to pay all fees, costs, and security for costs. The applicant shall pay $_____ towards fees, costs, and security, which shall be due immediately upon filing.

3. All necessary pleadings in this proceeding shall be served by the Sheriff of the appropriate county as requested without payment of any fees or costs.

4. If, following the start of the action, the applicant no longer meets the eligibility criteria under Minn. Stat. § 563.01, subd. 3(b), or becomes able to pay a higher amount than

previously ordered, the Court may order reimbursement of all or a portion of the fees, costs, and security for costs.

5. If funds are recovered by either settlement or judgment in this action, the costs deferred and expenses directed by the Court to be paid in this order shall be included in such settlement or judgment and shall be paid directly to the Court Administrator by the opposing party.

6. This order expires one year from the date of this order, unless otherwise amended or altered by the court. The applicant shall reapply if the applicant seeks to request a fee waiver after the one-year period.

Recommended by:

_____
Referee of District Court    Date

BY THE COURT:

*Bryce Ehrman*

_____
Judge of District Court    Date

Ehrman, Bryce
2024.04.02
13:17:42 -05'0