UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Steve Salvador Ybarra, | Case No. 25-CV-01948 (KMM/DJF) |
| Plaintiff, | |
| vs. | **LOCAL RULE 7.1(f) CERTIFICATE** |
| Legal Assistance of Dakota County, et al., | |
| Defendants. | |

_____

I certify that the Brief in Support of State Defendants' Motion to Dismiss complies with Local Rule 7.1(f). I used Microsoft Word 365 to prepare this brief. It contains 2,363 words, inclusive of all headings, footnotes, and quotations.

Dated: May 20, 2025

KEITH ELLISON
Attorney General
State of Minnesota

s/ Jeff Timmerman
Jeff Timmerman
Atty. Reg. No. 0352561
Assistant Attorney General
445 Minnesota Street, Suite 1400
St. Paul, MN 55101-2131
(651) 583-7660 (Timmerman)
jeffrey.timmerman@ag.state.mn.us

ATTORNEY FOR STATE DEFENDANTS
DAVID LUTZ, TANYA O'BRIEN,
DANNIA EDWARDS, LYDIA CLEMENS,
ATTORNEY GENERAL KEITH ELLISON,
AND HIMSELF